**C. T. RATLIFF, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

March 7, 1952.

P. H. Vincent, Ashland, for movant.
J. D. Buckman, Jr., Atty. Gen., opposed.

PER CURIAM.
Judgment affirmed.